**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RYOBI LIMITED,

Plaintiff,

v.

TRUTH HARDWARE CORPORATION,
and FKI INDUSTRIES, INC.,

Defendants.

Civil No. 00-2142 (DWF/SRN)

**ORDER OF DISMISSAL**

---

Jerome Gilson, Esq., Jack Berenzweig, Esq., Robert Mallin, Esq., and Thomas Williams, Esq., Brinks Hofer Gilson & Lione, 3600 NBC Tower, 455 Cityfront Plaza Drive North, Chicago, IL 60611; Samuel Heins, Esq., Daniel Gustafson, Esq., and Karla Gluek, Esq., Heins Mills & Olson, 700 Northstar East, 608 2nd Avenue South, Minneapolis, MN 55402, counsel for Plaintiff.

James Blomquist, Esq., Felhaber Larson Fenlon & Vogt, 2100 Minnesota World Trade Center, 30 7th Street East, St. Paul, MN 55101-4901; Ruth Marcott, Esq., Felhaber Larson Fenlon & Vogt, 4200 First Bank Place, 601 2nd Avenue South, Minneapolis, MN 55402-4302, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 3, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY - 3 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________